UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CR-199 CEJ |
| ) | |
| GREGORY PITZER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Thomas C. Mummert, III, for determination and recommended disposition, where appropriate. On October 10, 2007, Judge Mummert issued a Report and Recommendation with respect to the motion filed by defendant Gregory Pitzer to suppress evidence and statements. The defendant has now filed objections.

Pursuant to 28 U.S.C. § 636(b)(1), the Court is required to make a *de novo* determination of the specified proposed findings and recommendations to which objection is made. Here, the defendant makes only general, non-specific objections. He asserts that "the Magistrate's ruling is against the weight of the law and the evidence adduced at the hearing on the motion." However, he does not point to any specific error in the magistrate judge's factual findings or in his application of the law to the facts.

Nevertheless, the Court has listened to the recording of the evidentiary hearing and examined the exhibits received into

evidence at the hearing. Based on that review, the Court concludes that there are no factual or legal grounds for suppressing the statements the defendant made after he was given the Miranda warnings or suppressing the evidence seized during the execution of the search warrant at the defendant's home. Thus, the defendant's motions to suppress will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III, is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Gregory Pitzer to suppress evidence and statements [Doc. #20] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2007.